UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARTHA MAY SKOMSKI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | CASE NO. C13-5758RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge John L. Weinberg. Dkt. 17. The Court has considered the Report and Recommendation, Objections to the Report and Recommendation, the response thereto, and the remaining record.

The Report and Recommendation recommends affirming the Commissioner's decision to deny Plaintiff's claim for disability insurance benefits under the Social Security Act. Dkt. 17. Plaintiff has filed objections to the Report and Recommendation advancing essentially the same arguments that he made in her opening and reply briefs (Dkts. 11 and 15). Dkt. 18.

ORDER ADOPTING REPORT AND
RECOMMENDATION AFFIRMING
DEFENDANT'S DECISION TO DENY
BENEFITS- 1

The Court has reviewed the record *de novo* and concludes that the Magistrate Judge carefully and accurately reviewed the record and thoroughly addressed Plaintiff's claims. The Court concurs with the analysis and conclusions of the Magistrate Judge. The ALJ's findings are based on a reasonable interpretation of the record and based on substantial evidence in the record.

The Court having reviewed the entire record, including the Administrative Record, the memoranda of the parties, the Report and Recommendation of United States Magistrate Judge John L. Weinberg, the Objections thereto and the Response to the Objections, it is therefore

**ORDERED:**

1. The Court adopts the Report and Recommendation;

2. The Court **AFFIRMS** the decision of the Commissioner;

3. The Clerk shall direct copies of this Order to all counsel and to Magistrate Judge John L. Weinberg.

Dated this 15th day of August, 2014.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS- 2